IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDDU PATTAISO, | Civil Action No. 1:14-cv-00041-YK |
| Plaintiff, | (Hon. Yvette Kane, U.S.D.J.) |
| v. | (Electronically Filed) |
| RIM ALAHMAD, et al., | |
| Defendants. | |

## ORDER

Upon consideration of Plaintiff's Notice of Bankruptcy Proceeding and Request to Set Aside Entry of Default dated April 4, 2014, it is, hereby

ORDERED that the Entry of Default against Defendant Rashid Ziadeh dated April 1, 2014 (ECF No. 18) is SET ASIDE; and it is further

ORDERED that, by no later than May 15, 2014, Plaintiff shall file a status report advising the Court of the status of the bankruptcy proceeding commenced by Defendants Nura Ziadeh and Rashid Ziadeh.

SO ORDERED.

Dated: April 18, 2014

s/Yvette Kane
_____
Hon. Yvette Kane
United States District Judge