IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDDU PATTAISO | : | CIVIL ACTION NO. |
| | : | 1:14-cv-41 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| RIM ALAHMAD, et al. | : | |
| Defendants | : | |

# ORDER

**AND NOW**, this 18th day of August 2014, **IS HEREBY ORDERED THAT** this case is **STAYED** pending resolution of the bankruptcy action.  All deadlines are terminated.   Plaintiff shall file a status report on or before October 1, 2014, advising the Court of the status of service of process and the bankruptcy proceedings commenced by Defendants Nura Ziadeh and Rashid Ziadeh.  **IT IS FURTHER ORDERED THAT** all claims asserted in this action against Defendant Mannatullah Ziadeh are dismissed without prejudice.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court