IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDDU PATTAISO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIM ALAHMAD, et al.,<br><br>　　　　Defendants. | Civil Action No. 1:14-cv-00041-YK<br><br>(Hon. Yvette Kane, U.S.D.J.)<br><br>(Electronically Filed) |

## ORDER

Upon consideration of Plaintiff's Status Report dated November 25, 2014, it is, hereby

ORDERED that by no later than March 1, 2015, Plaintiff shall file a status report advising the Court of the status of service of process and the bankruptcy proceedings commenced by Defendants Nura Ziadeh and Rashid Ziadeh.

IT IS SO ORDERED.

Dated December 4, 2014　　　　　　　　  s/ Yvette Kane
　　　　　　　　　　　　　　　　　　　Hon. Yvette Kane
　　　　　　　　　　　　　　　　　　　United States District Judge