**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PEDDU PATTAISO** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 1:14-cv-41** |
| v. : | |
| : | **(Judge Kane)** |
| **RIM ALAHMAD, et al.** : | |
| : | |
| **Defendants** : | |

## ORDER

**AND NOW,** this 28th day of September 2015, **IT IS HEREBY ORDERED THAT** upon the filing of Stipulations of Dismissal with Prejudice (Doc. Nos. 37, 47 and 56), the Clerk of Court shall **CLOSE** the above-referenced case with prejudice. The case management conference scheduled on October 9, 2015, is cancelled.

                                                                    s/ Yvette Kane
                                                         Yvette Kane, District Judge
                                                         United States District Court
                                                         Middle District of Pennsylvania